

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00295-CR

Gary Lee **AVANT**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The clerk's record in this appeal was filed June 16, 2015, and the reporter's was completed and filed August 10, 2015. In accordance with Rule 38.6(a) of the Texas Rules of Appellate Procedure, appellant's brief was due thirty days after the later filing, or September 9, 2015. *See* TEX. R. APP. P. 38.6(a). When the brief was not filed by the due date, the clerk of this court notified counsel of that fact by letter dated September 14, 2015, as required by Rule 38.8(b)(2). Our letter required appellant's court-appointed counsel, William L. Baskette, to file a response within ten days and advised counsel that if he failed to respond satisfactorily, the appeal would be abated for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Mr. Baskette did not file appellant's brief or otherwise respond to the court's letter. Therefore, on September 28, 2015, we abated this appeal and remanded it to the trial court to conduct a hearing to determine whether appellant still desires to prosecute his appeal and whether counsel has abandoned the appeal, and to appoint new counsel if warranted. *See id.*

On November 4, 2015, appellant and counsel appeared and presented evidence on these issues. After hearing the evidence, the trial court forwarded a transcript of the hearing, findings of fact and conclusions of law, and its recommendations to this court. The trial court found that appellant still desires to prosecute this appeal and that counsel has not abandoned the appeal. The court denied appellant's motion to substitute new counsel, and further found attorney William L. Baskette will file a brief within thirty days of the hearing.

We reinstate this appeal on the docket of the court and adopt the findings and conclusions of the trial court. We **order William L. Baskette** to file the appellant's brief in this appeal by

**December 4, 2015**. If Baskette fails to file appellant's brief by the date ordered, this court may order him her to appear and show cause why he should not be held in civil or criminal contempt of this court or otherwise sanctioned.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, as well as by e-mail.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court